IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| OZZIE L. DRAKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO: CV204-002 |
| | ) | |
| JEFFREY ALLEN LONG, in | ) | |
| Personam, GREGORY ALLEN LONG, | ) | |
| in Personam and F/V | ) | |
| "LADY JILL", Official No. | ) | |
| 582344, in rem, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER FOR ENTRY OF FINAL JUDGMENTS

WHEREAS Defendants Jeffery Allen Long and Gregory Allen Long have each withdrawn their Answer to Plaintiff's First Amended Complaint (including their responses to all factual allegations and claims for damages contained in said pleading) by consent motion;

WHEREAS Defendants Jeffery Allen Long and Gregory Allen Long have each admitted the allegations contained in Plaintiff's First Amended Complaint by consent motion;

WHEREAS Defendants Jeffery Allen Long and Gregory Allen Long have each confessed individual, independent, separate and distinct final judgments in favor of Plaintiff Ozzie L. Drake by consent motion;

NOW THEREFORE the Clerk of Court is hereby directed to make two (2) individual, independent, separate and

distinct entries of Final Judgment in favor of Plaintiff Ozzie L. against the stated Defendants as follows:

1.    Final judgment against Defendant Jeffery Allen Long in favor of Plaintiff Ozzie L. Drake in the total amount of $250,000.00 allocated to the following claims in the following amounts:

Maintenance and Cure:    $125,000.00

Punitive Damages:    $125,000.00[1]

2.    Final judgment against Defendant Gregory Allen Long in favor of Plaintiff Ozzie L. Drake in the total amount of $250,000.00 allocated to the following claims in the following amounts:

Maintenance and Cure:    $125,000.00

Punitive Damages:    $125,000.00[2]

---

[1]   Per the parties' stipulation, it is the finding of this Court that this Defendant has willfully, intentionally, deliberately, maliciously, wrongfully and without just cause failed to pay Plaintiff's required maintenance and cure since the time of Plaintiff's injury and that this Defendant's refusal to provide the same is tantamount to conscious indifference to the consequences endured by Plaintiff under the holding Holt v. Fincher, 173 B.R. 806 (Bankr. M.D. Ga. 1994).

[2]   Per the parties' stipulation, it is the finding of this Court that this Defendant has willfully, intentionally, deliberately, maliciously, wrongfully and without just cause failed to pay Plaintiff's required maintenance and cure since the time of Plaintiff's injury and that this Defendant's refusal to provide the same is tantamount to conscious indifference to the consequences endured by Plaintiff under the holding Holt v. Fincher, 173 B.R. 806 (Bankr. M.D. Ga. 1994).

**SO ORDERED.**

This _____7<u>th</u>_____ day of July, 2006.


The Honorable James E. Graham
United States Magistrate Court Judge
Southern District of Georgia – Brunswick Division