IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| OZZIE L. DRAKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO: CV204-002 |
| | ) | |
| JEFFREY ALLEN LONG, in | ) | |
| Personam, GREGORY ALLEN LONG, | ) | |
| in Personam and F/V | ) | |
| "LADY JILL", Official No. | ) | |
| 582344, in rem, | ) | |
| | ) | |
| Defendants. | ) | |

### ENTRY OF FINAL JUDGMENT AGAINST
### DEFENDANT GREGORY ALLEN LONG

In the above-captioned matter, final judgment against Defendant Gregory Allen Long is issued in favor of Plaintiff Ozzie L. Drake in the total amount of $250,000.00 allocated to the following claims in the following amounts:

       Maintenance and Cure:    $125,000.00

       Punitive Damages:    $125,000.00[1]

---

[1] It is the parties' express stipulation in this Entry of Final Judgment that this Defendant has willfully, intentionally, deliberately, maliciously, wrongfully and without just cause failed to pay Plaintiff's required maintenance and cure since the time of Plaintiff's injury and that this Defendant's refusal to provide the same is tantamount to conscious indifference to the consequences endured by Plaintiff under the holding Holt v. Fincher, 173 B.R. 806 (Bankr. M.D. Ga. 1994).

1

Entered this _7th_ day of July, 2006.

_____
The Honorable Scott L. Poff
United States District Court Clerk
Southern District of Georgia - Brunswick Division
      BY: Deputy Clerk of Court